UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONORDIRECT.COM, INC.,

                       Plaintiff,

    -against-

BLUEFIN PAYMENT SYSTEMS LLC, *a/k/a Capital Payments LLC*,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 10856 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 12, 2020 status conference is adjourned to July 14, 2020 at 9:45 a.m.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*(signature)*
GEORGE B. DANIELS
United States District Judge