UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

DONORDIRECT.COM, INC.,

                                  Plaintiff,

        -against-                                                19 Civ. 10856 (GBD)

BLUEFIN PAYMENT SYSTEMS LLC, *a/k/a Capital Payments LLC*,

                                  Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 30 2020

ORDER

GEORGE B. DANIELS, United States District Judge:

    The July 14, 2020 conference is adjourned to November 17, 2020 at 9:45 a.m.

Dated: New York, New York
         June 30, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge