UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DONORDIRECT.COM, INC.,

                    Plaintiff,

    -against-

BLUEFIN PAYMENT SYSTEMS LLC *a/k/a* CAPITAL
PAYMENTS LLC,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 10856 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

       The status conference scheduled to occur on November 17, 2020 at 9:45 a.m. is hereby

cancelled.

Dated: New York, New York
       October 29, 2020

                         SO ORDERED.

                         GEORGE B. DANIELS
                         United States District Judge