UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DONORDIRECT.COM, INC.,

              Plaintiff,

      -against-                                ORDER

BLUEFIN PAYMENT SYSTEMS LLC, *a/k/a*       19 Civ. 10856 (GBD) (RWL)
CAPITAL PAYMENTS LLC,

              Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

      All conferences previously scheduled are adjourned *sine die*.

Dated: February 9, 2021
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge